UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SIMON ISAKOV, on behalf of himself and
all others similarly situated,

                              Plaintiffs,     Civil Action No. 1:24-cv-9008-JHR
                                                ECF Case

      v.

ACNE CORP.,

                              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **STIPULATION**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record to all parties, that:

**(1)** The time within which Defendant shall answer or otherwise move against the Complaint filed by Plaintiff herein (the "Complaint") be and same hereby is extended to and including January 31, 2025, *inter alia* so Defendant has adequate time to investigate the matters alleged in the Complaint and for the parties' respective counsel to evaluate the feasibility of an early resolution of this action;

**(2)** Defendant, on advice of counsel and after investigating such defenses, irrevocably and unconditionally waives any and all defenses based on any alleged defect in the Summons and/or in the service of the Summons and Complaint;

**(3)** Defendant, on advice of counsel and after investigating such defenses, irrevocably and unconditionally waives any and all defenses based on any other claim that the Court lacks personal jurisdiction over the Defendant in this action.

*/ signature block on next page /*

1

**ACCEPTED AND AGREED**:

Dated: New York, New York
       December 23, 2024

| **ASHER COHEN PLLC** | **AKABAS & SPROULE, ESQS.** |
|---|---|
| */s/ Asher Cohen* | */s/ David E. Bamberger* |
| Asher Cohen | David E. Bamberger (db-1285) |
| 2377 56th Dr. | 488 Madison Avenue, Suite 1120 |
| Brooklyn, NY 11234 | New York, NY 10022 |
| Tel: (718) 914-9694 | (917) 562-5398 |
| acohen@ashercohenlaw.com | dbamberger@akabas-sproule.com |
| *Attorneys for Plaintiff Simon Isakov* | *Attorneys for Defendant Acne Corp.* |

SO ORDERED:

_____
United States District Judge

Dated: